# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| IRVING KANNETT & ASSOCIATES, INC. | § | Case No. 15-10201 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/23/2015 . The undersigned trustee was appointed on 03/23/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 48,334.74 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 14.37 |
| Bank service fees | | 551.56 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 47,768.81 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  11/25/2015  and the deadline for filing governmental claims was  09/19/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,583.47 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,583.47 , for a total compensation of $ 5,583.47 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2016           By: /s/KAREN R. GOODMAN
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 15-10201 PSH | Judge: Pamela S. Hollis |
| Case Name: | IRVING KANNETT & ASSOCIATES, INC. | |
| For Period Ending: | 07/27/2016 | |

| | |
|---|---|
| Trustee Name: | KAREN R. GOODMAN |
| Date Filed (f) or Converted (c): | 03/23/2015 (f) |
| 341(a) Meeting Date: | 05/05/2015 |
| Claims Bar Date: | 11/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 26,350.16 | 0.00 | | 20,642.86 | FA |
| 2. Insurance Refund (u) | 0.00 | 0.00 | | 36.00 | FA |
| 3. MB Financial Checking Account #6438  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,061.67 | 10,061.67 | | 5,755.88 | FA |
| 4. Skokie Industrial Center c/o The Missner Group 5 | 1,530.00 | 1,530.00 | | 0.00 | FA |
| 5. 5 computers, 2 laser printers, 6 keyboards, 1 fa | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Warady & Davis LLP (u) | 0.00 | 0.00 | | 5,400.00 | FA |
| 7. 2006 AUDI OWNED BY JEFFREY KANNETT (u)  Trustee and Jeffrey reached settlement agreement approved by court relating to transfer of vehicle which was depreciated as company asset. | Unknown | 0.00 | | 4,500.00 | FA |
| 8. 2007 JAGUAR OWNED BY IRVING KANNETT (u)  Trustee and Irving reached settlement agreement approved by court relating to transfer of vehicle which was depreciated as company asset. | Unknown | 0.00 | | 12,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $39,941.83 | $13,591.67 | | $48,334.74 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-10201  
Case Name: IRVING KANNETT & ASSOCIATES, INC.  
Taxpayer ID No: XX-XXX9208  
For Period Ending: 07/27/2016  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3250  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $31,349.92 | | $31,349.92 |
| 04/28/16 | 8 | Irving K. Kannett<br>2500 Indigo Ln., Unit 369M<br>Glenview, IL 60026 | Order approving Settlement Agreement dated 4/26/16 | 1229-000 | $12,000.00 | | $43,349.92 |
| 04/28/16 | 7 | Jeffrey A. Kannett<br>1112 N. Dearborn Street, Apt.4<br>Chicago, IL 60610 | Order approving Settlement Agreement dated 4/26/16 | 1229-000 | $4,500.00 | | $47,849.92 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $47,839.92 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.11 | $47,768.81 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $47,849.92 | $81.11 |
| Less: Bank Transfers/CD's | $31,349.92 | $0.00 |
| Subtotal | $16,500.00 | $81.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,500.00 | $81.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $47,849.92    $81.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-10201 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | IRVING KANNETT & ASSOCIATES, INC. | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9208 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | 1 | Assurance Agency, Inc<br>1750 E. Golf Road<br>Schaumburg, IL  60173 | a/r Invoice #75736 | 1121-000 | $8.50 | | $8.50 |
| 04/07/15 | 2 | The Hartford | Pro rata insurance cancellation refund eff. 3/20/15 | 1290-000 | $36.00 | | $44.50 |
| 04/07/15 | 1 | Agility Logistice Corp.<br>240 Commerce<br>Irvine, CA  92602 | a/r for Inv. #75659 | 1121-000 | $36.71 | | $81.21 |
| 04/07/15 | 1 | Multiple Myeloma Research Foundation<br>383 Main Avenue<br>Merritt View - 5th Floor<br>Norwalk, CT  06851 | a/r Inv. #75722 | 1121-000 | $164.25 | | $245.46 |
| 04/07/15 | 1 | Charles Industries Ltd.<br>5600 Apollo Drive<br>Rolling Meadows, IL  60008 | a/r Inv. #75719 | 1121-000 | $1,098.55 | | $1,344.01 |
| 04/07/15 | 1 | Milwaukee Estates Rehab & Care Center<br>6800 N. 76th Street<br>Milwaukee, WI  53223 | a/r Inv. #s 75575 (110.84),<br>75672 (989.93) | 1121-000 | $1,100.77 | | $2,444.78 |
| 04/07/15 | 1 | Northwestern University<br>Student Organization Finance Office<br>1999 Campus Drive<br>Evanston, IL  602082500 | a/r Inv. #792949 | 1121-000 | $1,102.63 | | $3,547.41 |
| 04/07/15 | 1 | PHRV, LLC<br>7444 Long Avenue<br>Skokie, IL  60077 | a/r Inv. #s 75713 (182.69),<br>75716 (688.95), 75715 (540.34) | 1121-000 | $1,411.98 | | $4,959.39 |
| 04/07/15 | 1 | Kenosha Estates Rehab & Care Center<br>1703 60th Street<br>Kenosha, WI  53140 | a/r Inv. #s 75579 (969.07),<br>75705 (386.68), 75692 (220.21) | 1121-000 | $1,575.96 | | $6,535.35 |
| 04/14/15 | 1 | Provisur Technologies<br>9150 191st Street<br>Mokena, IL  60448 | a/r Inv. #75689 | 1121-000 | $214.79 | | $6,750.14 |
| 04/14/15 | 1 | PrevMED, Inc.<br>210 Pier One Road<br>Stevensville, MD  21666 | a/r Inv. # 75742 | 1121-000 | $271.32 | | $7,021.46 |
| 04/14/15 | 1 | Holland Home<br>37550 W. Chase Avenue<br>Skokie, IL  60076 | a/r Inv. #s 75627 (187.10) and 75663 (411.25) | 1121-000 | $598.35 | | $7,619.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $7,619.81          $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-10201 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: IRVING KANNETT & ASSOCIATES, INC. | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX9208 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/21/15 | 3 | MB Financial Bank | Turnover of checking account #196438 at MB Financial Bank | 1129-000 | $5,755.88 | | $13,375.69 |
| 04/22/15 | 1 | Agility Logistics Corp. | a/r Inv. #75723 | 1121-000 | $28.70 | | $13,404.39 |
| 04/22/15 | 1 | Behavioral Health Solutions of California | a/r Inv. # 75727 | 1121-000 | $191.36 | | $13,595.75 |
| 04/27/15 | 1 | TriStar Rehab, Inc. | a/r Inv. #75708<br>Invoice No. 75708 - Care Purchasing | 1121-000 | $538.70 | | $14,134.45 |
| 04/27/15 | 1 | PSOR, LLC | a/r Inv. #75714<br>Scarlet Oaks Retirement | 1121-000 | $183.20 | | $14,317.65 |
| 04/27/15 | 1 | Milwaukee Estates Rehab & Care Center | a/r Inv. #s 75728 ($1307.66), 75745 ($411.83) | 1121-000 | $1,719.49 | | $16,037.14 |
| 04/28/15 | 1 | KremeWorks | a/r Inv. 61246A | 1121-000 | $110.77 | | $16,147.91 |
| 04/28/15 | 1 | PCNR, LLC d/b/a Countryside Nursing & Rehab Center | a/r Inv. #75737 | 1121-000 | $597.25 | | $16,745.16 |
| 04/28/15 | 1 | Beltmann Group Inc. agent for North American Van Lines | a/r Inv. #75678 | 1121-000 | $1,074.00 | | $17,819.16 |
| 04/28/15 | 1 | Beltmann Group Inc. | a/r Inv. #75657 | 1121-000 | $1,113.76 | | $18,932.92 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.21 | $18,922.71 |
| 05/12/15 | 1 | Beltmkann Group Inc./North American Van Lines | a/r Inv. # 75694 | 1121-000 | $26.40 | | $18,949.11 |
| 05/22/15 | 1 | Assurance | a/r Invoice # 75741 | 1121-000 | $1,532.54 | | $20,481.65 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $26.54 | $20,455.11 |
| 06/08/15 | 1 | Agility Logistics Colrp | a/r Invoice # 75408 | 1121-000 | $58.27 | | $20,513.38 |
| 06/09/15 | 1 | Chez, LLC | a/r Inv. #74593 | 1121-000 | $523.88 | | $21,037.26 |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | Page Subtotals: | $13,454.20 | $36.75 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-10201 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: IRVING KANNETT & ASSOCIATES, INC. | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX9208 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/15 | 1 | TriStar Rehab, Inc.<br>8477 S. Suncoast Blvd.<br>Homosassa, FL  34446 | a/r Inv. # 75712 | 1121-000 | $865.46 | | $21,902.72 |
| 06/10/15 | 1 | Therapy Management Corp<br>8477 South Suncoast Blvd.<br>Momosassa, FL  34446 | a/r Inv. #75710 | 1121-000 | $1,367.60 | | $23,270.32 |
| 06/22/15 | 1 | Behavioral Health Solutions of California | a/r Inv. #75574 | 1121-000 | $249.45 | | $23,519.77 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $34.04 | $23,485.73 |
| 07/14/15 | 1 | KremeWorks USA<br>15401 East Indiana Avenue<br>Spokane Valley, WA  99216 | a/r Inv. # 61246 | 1121-000 | $98.92 | | $23,584.65 |
| 07/14/15 | 1 | PHRV, LLC<br>dba Renaissance Village<br>7444 Long Avenue<br>Skokie, IL  60077 | a/r Inv. # 75734 | 1121-000 | $488.06 | | $24,072.71 |
| 07/27/15 | 1 | Reliant Pro Rehab, LLC<br>5212 Village Creek Drive<br>Plano, TX  60053 | a/r Invoice # 75717 | 1121-000 | $1,480.82 | | $25,553.53 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $35.56 | $25,517.97 |
| 08/06/15 | 1 | PHBH, LLC d/b/a Recovery Road | a/r Inv. #s 75481 & 75729 | 1121-000 | $401.87 | | $25,919.84 |
| 08/06/15 | 1 | PWNR, LLC, d/b/a Worthington Nursing & Rehab Center | a/r Inv. #s 75669 & 75730 | 1121-000 | $408.55 | | $26,328.39 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $36.33 | $26,292.06 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $40.33 | $26,251.73 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $37.75 | $26,213.98 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $36.44 | $26,177.54 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $41.41 | $26,136.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $5,360.73          $261.86

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-10201 | Trustee Name: KAREN R. GOODMAN |
| Case Name: IRVING KANNETT & ASSOCIATES, INC. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9208 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/16 | 6 | Warady & Davis LLP<br>1717 Deerfield Road<br>Deerfield, IL 600155108 | Settlement of preference demand pursuant to Court Order dated 1/12/16 | 1241-000 | $5,400.00 | | $31,536.13 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $38.04 | $31,498.09 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #15-10201, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | ($14.37) | $31,512.46 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #15-10201, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | $14.37 | $31,498.09 |
| 02/22/16 | 102 | ARTHUR B. LEVINE COMPANY<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #15-10201, Bond #10BSBGR6291 | 2300-000 | | $14.37 | $31,483.72 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $43.67 | $31,440.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $49.61 | $31,390.44 |
| 04/27/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $40.52 | $31,349.92 |
| 04/27/16 | | Transfer to Acct # xxxxxx3250 | Transfer of Funds | 9999-000 | | $31,349.92 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $31,834.74 | $31,834.74 |
| Less: Bank Transfers/CD's | $0.00 | $31,349.92 |
| Subtotal | $31,834.74 | $484.82 |
| Page Subtotals: | $5,400.00 | $31,536.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,834.74 | $484.82 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3250 - Checking | $16,500.00 | $81.11 | $47,768.81 |
| XXXXXX66   - Checking Account | $31,834.74 | $484.82 | $0.00 |
|  | $48,334.74 | $565.93 | $47,768.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $48,334.74 |
| Total Gross Receipts: | $48,334.74 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10201
Case Name: IRVING KANNETT & ASSOCIATES, INC.
Trustee Name: KAREN R. GOODMAN

| | | |
|---|---|---|
| Balance on hand | $ | 47,768.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 5,583.47 | $ 0.00 | $ 5,583.47 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 7,314.00 | $ 0.00 | $ 7,314.00 |
| Attorney for Trustee Expenses: TAFT STETTINIUS & HOLLISTER LLP | $ 198.11 | $ 0.00 | $ 198.11 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 10,417.80 | $ 0.00 | $ 10,417.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 177.14 | $ 0.00 | $ 177.14 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 23,690.52 |
| Remaining Balance | $ | 24,078.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,727.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | THE CIT GROUP/COMMERCIAL SERVICES, INC. | $ 6,085.17 | $ 0.00 | $ 1,056.17 |
| 2 | KANATA BLANKET COMPANY | $ 4,536.58 | $ 0.00 | $ 787.39 |
| 3 | HUETONE IMPRINTS INC. | $ 9,245.19 | $ 0.00 | $ 1,604.64 |
| 4 | BB&T COMMERCIAL FINANCE | $ 2,519.83 | $ 0.00 | $ 437.35 |
| 5 | FEDEX TECH CONNECT INC AS ASSIGNEE | $ 1,497.99 | $ 0.00 | $ 260.00 |
| 6 | SPECTOR AND CO. | $ 7,177.18 | $ 0.00 | $ 1,245.71 |
| 7 | CCC OF NY | $ 6,655.90 | $ 0.00 | $ 1,155.23 |
| 8 | CHOCOLATE INN | $ 652.81 | $ 0.00 | $ 113.30 |
| 9 | DISCOUNT LABELS | $ 421.67 | $ 0.00 | $ 73.19 |
| 10 | FEY PROMOTIONAL PRODUCTS GROUP | $ 2,227.54 | $ 0.00 | $ 386.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | GARVEY"S OFFICE PRODUCTS | $ 279.69 | $ 0.00 | $ 48.54 |
| 12 | NUDING FARMS | $ 576.73 | $ 0.00 | $ 100.10 |
| 13 | SAN MAR CORP | $ 18,452.00 | $ 0.00 | $ 3,202.62 |
| 14 | OTTO INTERNATIONAL | $ 616.66 | $ 0.00 | $ 107.03 |
| 15 | AMERICAN AD BAG | $ 2,098.64 | $ 0.00 | $ 364.25 |
| 16 | VANTAGE CUSTOM CLASSIC | $ 1,256.32 | $ 0.00 | $ 218.05 |
| 17 | BIC GRAPHIC USA, A DIVISION OF | $ 42,937.50 | $ 0.00 | $ 7,452.45 |
| 18 | EIGHTH FLOOR PROMOTIONS | $ 15,467.01 | $ 0.00 | $ 2,684.53 |
| 19 | CIRCLE CREATIONS, INC. | $ 184.73 | $ 0.00 | $ 32.06 |
| 20 | CUSTOM PRINT GRAPHICS | $ 12,309.53 | $ 0.00 | $ 2,136.51 |
| 21 | ADMORE/COLORWORX | $ 694.15 | $ 0.00 | $ 120.49 |
| 22 | BIZPINS | $ 2,834.96 | $ 0.00 | $ 492.06 |

Total to be paid to timely general unsecured creditors     $     24,078.29

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>

